FILED

02/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0357

# IN THE SUPREME COURT OF THE STATE OF MONTANA

CASCADE COUNTY,

    Appellant,

 vs.

MONTANA PETROLEUM TANK
RELEASE COMPENSATION BOARD,

    Appellee.

Case No.:  DA 21-0357

**ORDER**

Appellant Cascade County having filed an *Unopposed Motion for Extension of Time* within which to file Appellants' Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED.  Appellant's Opening Brief is due March 10, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 9 2022